# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONTA FORTE,<br><br>　　　　Petitioner,<br>　　v.<br>J. LIZARRAGA, Warden,<br>　　　　Respondent. | Case No. 2:19-cv-04166-MWF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation ("Report") of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

Petitioner's objections are overruled. With the exception of the following non-substantive point, Petitioner's objections do not warrant discussion as they are properly addressed in the Report. Petitioner notes that in its summary of the trial court proceedings, the Report states that the trial court granted Petitioner's request for a continuance on October 2, 2013, but the trial court actually continued the matter for other reasons. (ECF No. 43 at 19.) Accordingly, the sentence beginning at line 13 of page 14 of the Report is replaced with the following:

"Petitioner sought a continuance, explaining that some of his experts needed

more time to complete their reports. Although the trial court did not explicitly rule on Petitioner's request, the matter was nonetheless continued. (*See* ECF No. 377-378; ECF No. 17-29 at 32-43, 53-54.)"

With the foregoing alteration, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: July 31, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE